pellant. (Supreme Court, Appellate Division, Second Department. January 11, 1907.) Action by Janet C. Burnett against the board of education of the city of New York. No opinion. Judgment affirmed by default, with costs.

BURNOS, Appellant, v. AMERICAN SUGAR REFINING CO. OF NEW YORK, Respondent. (Supreme Court, Appellate Division, Second Department. January 31, 1907.) Action by Frank Burnos against the American Sugar Refining Company of New York. No opinion. Motion to resettle order denied.

In re CAMERON. (Supreme Court, Appellate Division, Second Department. January 11, 1907.) In the matter of the application of Henry P. H. Cameron for admission to the bar. No opinion. Application granted.

CAMPBELL, Respondent, v. SUN PRINTING & PUBLISHING CO., Appellant. (Supreme Court, Appellate Division, First Department. January 25, 1907.) Action by James A. Campbell against the Sun Printing & Publishing Company. F. Bartlett, for appellant. O. M. Ehrhorn, for respondent. No opinion. Judgment and order reversed, and new trial ordered, with costs to appellant to abide event, unless plaintiff stipulates to reduce the verdict to $2,500; in which event judgment as so modified and order affirmed, without costs. Settle order on notice.

CAREY, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, First Department. February 8, 1907.) Action by James J. Carey against the city of New York. T. Connoly, for appellant. M. J. O'Brien for respondent. No opinion. Judgment affirmed, with costs. Order filed.

CARLISLE, Respondent, v. NATIONAL SURETY CO., Appellant. (Supreme Court, Appellate Division, First Department. February 8, 1907.) Action by John G. Carlisle against the National Surety Company. P. E. De Fere, for appellant. A. G. Fox, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

CARR, Respondent, v. AUBURN & S. ELECTRIC R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 23, 1907.) Action by Dudley Carr against the Auburn & Syracuse Electric Railroad Company. No opinion. Judgment and order affirmed, with costs.

CARSON v. SHUBERT THEATRICAL CO. (Supreme Court, Appellate Division, First Department. January 18, 1907.) Action by Murray Carson against the Shubert Theatrical Company. No opinion. Motion granted, with $10 costs. Order filed.

CHAMBERS v. BOYD. (Supreme Court, Appellate Division, First Department. January 18, 1907.) Action by Sidney G. Chambers against George B. Boyd, as executor. No opinion. Motion denied, with $10 costs.

CHRYSTIE v. CROMWELL. (Supreme Court, Appellate Division, First Department. January 29, 1907.) Action by Einar Chrystie against George Cromwell. No opinion. Motion denied, with $10 costs. Order filed.

CLARE, Respondent, v. NEW YORK CITY RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 25, 1907.) Action by Ida Clare against the New York City Railway Company. No opinion. Judgment and order unanimously affirmed, with costs.

CLARE, Respondent, v. NEW YORK CITY RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 25, 1907.) Action by James J. Clare against the New York City Railway Company. No opinion. Judgment and order unanimously affirmed, with costs.

In re CLARK. (Supreme Court, Appellate Division, Second Department. January 30, 1907.) In the matter of the application of Ross L. Clark for admission to the bar. No opinion. Application granted.

CLEMENT, Excise Com'r, Respondent, v. FEDERAL UNION SURETY CO. et al., Appellants. (Supreme Court, Appellate Division, Third Department. January 18, 1907.) Action by Maynard M. Clement, as state commissioner of excise of the state of New York, against the Federal Union Surety Company, impleaded with Thomas Lunan. No opinion. Motion for leave to go to Court of Appeals granted, and question certified as follows: Does the limitation in section 18 of the Liquor Tax Law, Laws 1896, p. 61, c. 112, as to the amount of the recovery, prevent a plaintiff from taxing costs and disbursements, and adding same to the verdict when the verdict is for the full penalty of the bond?

COFFEY, Appellant, v. NEW YORK CITY RY. CO., Respondent. (Supreme Court, Appellate Division, First Department. February 25, 1907.) Appeal from Trial Term, New York County. Action by Ellen Coffey, as administratrix of the estate of Patrick Coffey, deceased. From an order setting aside a verdict for plaintiff and directing a new trial, plaintiff appeals. Affirmed. Frederick Hulse, for appellant. Joseph F. Daly, for respondent.

HOUGHTON, J. The order setting aside the verdict and granting a new trial, from which the plaintiff appeals, recites that the motion was made upon the ground, among others, that the verdict was against the weight of evidence. In a memorandum opinion the learned trial court stated views respecting the case in which we do not concur. It is the order, however, which governs our consideration of the appeal and not the opinion. Treating the motion as made upon the ground that the verdict was against the weight of evidence, as we must, the facts disclosed by the record are such that we do not feel justified in interfering with the discretion exercised by the trial court in making such an order. The order granting